United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DELVI DIAZ MEDINA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01223** |
| | § | |
| **ICE/ DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

Pending before the Court is Petitioner Delvi Diaz Medina's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his post-removal-order detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Respondents filed a Motion for Summary Judgment, arguing that Petitioner is lawfully detained within the constitutionally permissible period under 8 U.S.C. § 1231(a) as interpreted in *Zadvydas v. Davis*, 533 U.S. 678 (2001) pursuant to a final order of removal from March 6, 2026. (Dkt. 9.)

In light of the information provided, Respondents are hereby **ORDERED** to supply the Court with an update on any additional progress that has been made to effectuate Petitioner's removal **on or before September 8, 2026**. Petitioner is permitted to provide the Court with responsive supplemental information **by September 8, 2026**.

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Delvi Diaz Medina**

**A # 245-258-352**
**Webb County Detention Center**
**9998 US Highway 83**
**Laredo, TX 78040**

IT IS SO ORDERED.

SIGNED this August 18, 2026.

Diana Saldaña
United States District Judge