United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **DELVI DIAZ MEDINA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01223** |
| | § | |
| **ICE/ DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

# ORDER

Pending before the Court is Petitioner Delvi Diaz Medina's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Respondents initially filed a Motion for Summary Judgment arguing that Petitioner is detained under 8 U.S.C. § 1231(a) pursuant to a final order of removal from March 6, 2026. (Dkt. 9.) On September 1, 2026, the Court received a letter from Petitioner's daughter, writing that Petitioner filed a notice of appeal of his removal order with the Board of Immigration Appeals (BIA) that is currently pending. (*See* Dkt. 14.)

In light of the information provided, Respondents are hereby **ORDERED** to file an advisory **on or before September 14, 2026**, clarifying whether their position remains that Petitioner is detained under 8 U.S.C. § 1231(a) pursuant to a final order of removal.

IT IS SO ORDERED.

SIGNED this September 9, 2026.

____________________________________
Diana Saldaña
United States District Judge